UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>DAVID LEE WALLS<br>- Dave Walls<br>SSN: 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<br><br>and<br><br>PAULETT ELIZABETH WALLS<br>SSN: 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<br><br>        Debtors, | Case No. 01-50067<br>Chapter 7<br><br><br><br><br><br>ORDER GRANTING RELIEF FROM STAY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    The above-entitled matter having come on before the Court on the Motion of Ford Motor Credit Company for Relief from Stay, and the Court having considered the motion of Keith A. Gauer of Davenport, Evans, Hurwitz & Smith, L.L.P., on behalf of Ford Motor Credit Company, and the Court having further determined that no objections to said motion were filed within the time specified in the Notice and as required under the Local Rules of Bankruptcy Procedure, and based upon the same on all the files and records herein;

    IT IS HEREBY ORDERED that Ford Motor Credit Company's Motion for Relief from Stay shall be and hereby is granted and the automatic stay is hereby lifted to allow Ford Motor Credit Company to pursue its non-bankruptcy law remedies with respect to the Debtor's following-described personal property:

    1998 Ford Windstar, VIN 2FMZA5145WBC69309; and

    IT IS FURTHER ORDERED that the ten (10)-day stay under Bankruptcy Rule 4001(a)(3) is hereby waived.

Dated this _____ day of _____, 2001.

BY THE COURT:

_____
Irvin N. Hoyt
Judge, U.S. Bankruptcy Court



ATTEST
Charles L. Nail, Jr., Clerk
By _____
(SEAL)        Deputy Clerk

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered

MAR 0 1 2001

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

I hereby certify that a copy of this document was mailed, hand delivered, or faxed this date to the parties on the attached service list.

MAR 0 1 2001

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____

```
Case: 01-50067    Form id: 122    Ntc Date: 03/01/2001    Off: 3    Page : 1
Total notices mailed: 6

Debtor     Walls, David Lee    PO Box 349,    Newell, SD 57760
Debtor     Walls, Paulett Elizabeth    PO Box 349,    Newell, SD 57760
Aty        Baumann, Chris J.    PO Box 555,    Spearfish, SD 57783
Trustee    Whetzal, Dennis C.    PO Box 8285,    Rapid City, SD 57709
Aty        Gauer, Keith A.    PO Box 1030,    Sioux Falls, SD 57101-1030
Aty        Gering, Bruce J.    Office of the U.S. Trustee,    #502, 230 South Phillips Avenue,    Sioux Falls, SD 57104-6321
```